```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 731-8811

Attorney for Defendant                          OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 05-270 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **RESETTING THE BRIEFING SCHEDULE AND** |
| v. ) | **HEARING DATE** |
| ) | |
| ) | |
| BRENDA MURPHY, et al., ) | |
| ) | Date:    July 27, 2006 |
| Defendants. ) | Time:    10:00 a.m. |
| ) | Judge:   Hon. David F. Levi |

The defendants: Charles Dossman, by and through counsel Assistant Federal Defender Jeffrey Staniels; Rudolph Gibson, by and through counsel Kevin Clymo; and Brenda Murphy, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Matt Segal, hereby stipulate and agree that the briefing schedule currently set be reset as follows:

//

//

//

1     Motions and briefs due:    June 15, 2006

2     Opposition brief due:    July 6, 2006[1]

3     Reply briefs due:    July 20, 2006

4     Hearing date:    July 27, 2006 at 10:00 a.m.

It is further stipulated and agreed between the parties that the period of time from March 30, 2006, and June 15, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

Since the last request for an extension of time it has come to the attention of all defense counsel that there is outstanding discovery which is material and necessary to prepare pretrial motions; the defense has requested the discovery from the government. The government has agreed to provide some of the requested discovery and is presently evaluating whether it has an obligation to provide the rest. Should the government determine that it does not have an obligation to provide the discovery, the defense will have to pursue other avenues.

Therefore, it is appropriate to reset the briefing schedule and exclude time to allow defense counsel to obtain the material necessary for the motions.

March 30, 2006               */s/ Krista Hart*
                                        Attorney for Brenda Murphy

---

[1] AUSA Matt Segal has a trial set for the end of June. All defense counsel would have no objection to additional time for the government to respond to the motions should they need it.

| | | |
|---|---|---|
| 1 | March 30, 2006 | */s/ Kevin Clymo* |
| 2 | | Attorney for Rudolph Gibson |
| 3 | | (Signed by Krista Hart per e-mail) |

March 30, 2006                              */s/ Jeff Staniels*
                                            Attorney for Charles Dossman
                                            (Signed by Krista Hart per e-mail)

March 30, 2006                              McGREGOR SCOTT
                                            United States Attorney


                                             */s/ Matt Segal*
                                            Assistant U.S. Attorney
                                            (Signed by Krista Hart per telephone call)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 3/30/2006

_____
DAVID F. LEVI
United States District Judge

3