IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERB N. COLLINS and REBECCA WILLIAMS COLLINS,

        Plaintiffs,

    v.

CITY OF SACRAMENTO, et al.,

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiffs,

    v.

CHARLES DOSSMAN, et al.

        Defendants.

2:06-CV-00123-LKK-GGH

NON-RELATED CASE ORDER

2:05-cr-00270 DFL

    A Notice of Related Cases was filed concerning the above captioned cases on August 11, 2006.  See Local Rule 83-123 (E.D. Cal. 2005).  On review of the cases, the court finds that the cases ought not be related or reassigned.  This order is

1 | issued for informational purposes only, and shall have no effect
2 | on the status of the cases, including any previous Related (or
3 | Non-Related) Case Order of this court.  Therefore, they shall not
4 | be considered related.
5 |     IT IS SO ORDERED.

DATED: 8/30/2006

_____
DAVID F. LEVI
United States District Judge