```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814                    OK/HAV
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES DOSSMAN, et al.,<br><br>    Defendants. | CASE NO. CR.S-05-270 DFL<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON RULE 12 MOTIONS |

It is hereby stipulated and agreed, by and between the Defendants, by and through their undersigned counsel, and the United States, through its undersigned counsel, to vacate the previously set hearing date of October 5, 2006 and re-set dates as follows:

| | |
|---|---|
| Government's Memoranda in Opposition | Oct. 12, 2006 |
| Defendants' Reply Memoranda | Oct. 26, 2006 |
| Hearing | Nov. 2, 2006 at 10:00 a.m. |

The availability of the proposed date has been verified with the Court's clerk.

//

1

//

The parties agree that time should be excluded under the Speedy Trial Act given the pending motions.  18 U.S.C. § 3161(h)(1)(F).

DATED: September 26, 2006        Respectfully submitted,
                                 McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Matt Segal
                                 _____
                                 MATTHEW D. SEGAL
                                 Assistant United States Attorney

DATED: September 26, 2006        /s/ Matt Segal for
                                 _____
                                 JEFFREY L. STANIELS, ESQ.
                                 Attorney for Charles Dossman

DATED: September 26, 2006        /s/ Matt Segal for
                                 _____
                                 DWIGHT M. SAMUEL, ESQ.
                                 Attorney for Rudolph Gibson

DATED: September 26, 2006        /s/ Matt Segal for
                                 _____
                                 KRISTA HART, ESQ.
                                 Attorney for Brenda Murphy

**IT IS SO ORDERED.**

Date: 10/6/2006

_____
DAVID F. LEVI
United States District Judge