1  KRISTA HART
   Attorney at Law
2  State Bar #199650
   428 J Street, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 731-8811                    **OK/HAV**
4
   Attorney for Defendant
5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    )  No. Cr.S. 05-270 DFL
                                )
12         Plaintiff            )  **STIPULATION AND ORDER**
       v.                       )  **RESETTING THE BRIEFING SCHEDULE AND**
13                              )  **HEARING DATE**
   BRENDA MURPHY, et al.,       )
14                              )
           Defendants.          )  Date:   November 2, 2006
15                              )  Time:   10:00 a.m.
   _____)  Judge:  Hon. David F. Levi
16

17      The defendants: Charles Dossman, by and through counsel Assistant

18 Federal Defender Jeffrey Staniels; Rudolph Gibson, by and through

19 counsel Dwight Samuel; and Brenda Murphy, by and through counsel Krista

20 Hart, along with the plaintiff United States (government), by and

21 through counsel Assistant U.S. Attorney Matt Segal, hereby stipulate

22 and agree that the hearing date and final briefing schedule due date

23 currently set be reset.  The hearing date currently set for November 2,

24 2006, should be reset for November 9, 2006 at 10:00 a.m.  Defendants'

25 reply brief would be due on November 6, 2006.

26      It is further stipulated and agreed between the parties that the

27 period of time from November 2, 2006, and November 9, 2006, should be

28 excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(1)(F) (Local Code E).

    Attorney for Brenda Murphy, Krista Hart, is preparing a reply brief.  However, additional information is necessary for the completion of the brief.  The information is anticipated to be available by November 6, 2006.  Therefore, the additional time is necessary to prepare the reply brief.

November 1, 2006     */s/ Krista Hart*
Attorney for Brenda Murphy

November 1, 2006     */s/ Dwight Samuel*
Attorney for Rudolph Gibson
(by Krista Hart per phone call)

November 1, 2006     */s/ Jeff Staniels*
Attorney for Charles Dossman
(by Krista Hart per e-mail)

November 1, 2006     McGREGOR SCOTT
United States Attorney

    */s/ Matt Segal*
Assistant U.S. Attorney
(by Krista Hart per e-mail)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: _November 1, 2006_

/s/ David F. Levi
The Honorable DAVID F. LEVI
United States District Court Judge

2