```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Counsel Designated for Service
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RUDOLF GIBSON
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. Cr. S 05-270 JAM
                                 )
12           Plaintiff,          )  STIPULATED MOTION and ORDER TO
                                 )  REDUCE SENTENCE PURSUANT TO 18
13      v.                       )  U.S.C. § 3582(c)(2)
                                 )
14  RUDOLF GIBSON,               )  RETROACTIVE CRACK COCAINE
                                 )  REDUCTION CASE
15           Defendant.          )
                                 )
16  _____)
```

17    Defendant, RUDOLF GIBSON, by and through his attorney, Assistant
18 Federal Defender David M. Porter, and plaintiff, UNITED STATES OF
19 AMERICA, by and through its counsel, Assistant U.S. Attorney MATTHEW D.
20 SEGAL, hereby stipulate as follows:
21    1.  Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the
22 term of imprisonment in the case of a defendant who has been sentenced
23 to a term of imprisonment based on a sentencing range that has
24 subsequently been lowered by the Sentencing Commission pursuant to 28
25 U.S.C. § 994(o);
26    2.  On February 8, 2007, this Court sentenced Mr. Gibson to a
27 term of imprisonment of 135 months;
28    3.  The sentencing range applicable to Mr. Gibson was

1  subsequently lowered by the United States Sentencing Commission in
2  Amendment 706 by two levels;
3      4.   Accordingly, Mr. Gibson's adjusted offense level has been
4  reduced from 31 to 29, and a sentence at the low end of the newly
5  applicable guideline range would be 108 months;
6      5.   Mr. Gibson merits a reduction in his sentence based on the
7  factors listed in 18 U.S.C. § 3553(a), as well as considerations of
8  public safety and Mr. Gibson's positive post-sentencing conduct;
9      6.   Accordingly, the parties request the court enter the order
10 lodged herewith reducing Mr. Gibson's term of imprisonment to 108
11 months.
12 Dated:  August 1, 2008
13 Respectfully submitted,
14 McGREGOR SCOTT                      DANIEL J. BRODERICK
   United States Attorney              Federal Defender
15
16
    /s/ *Matthew D. Segal*              /s/ *David M. Porter*
17 MATTHEW D. SEGAL                    DAVID M. PORTER
   Assistant U.S. Attorney             Assistant Federal Defender
18
   Attorney for Plaintiff              Attorney for Movant
19 UNITED STATES OF AMERICA            RUDOLF GIBSON
20                              **ORDER**
21     This matter came before the Court on the stipulated motion of the
22 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
23     On February 8, 2007, this Court sentenced Mr. Gibson to a term of
24 imprisonment of 135 months.  The parties agree, and the Court finds,
25 that Mr. Gibson is entitled to the benefit of the retroactive amendment
26 reducing crack cocaine penalties, which reduces the applicable offense
27 level from 31 to 29.
28     IT IS HEREBY ORDERED that the term of imprisonment originally

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE

1  imposed is reduced to 108 months;
2       IT IS FURTHER ORDERED that all other terms and provisions of the
3  original judgment remain in effect.
4       Within 72 hours of release from the custody of the Bureau of
5  Prisons, the defendant shall report in person to the probation office
6  in the district to which the defendant is released.
7  Dated:  August 1, 2008

_____   /s/ John A. Mendez
                                    Honorable JOHN A. MENDEZ
                                    United States District Judge

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-