# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RUDOLF GIBSON ) | Case No: 2:05cr00270 02 |
| ) | USM No: 15874-097 |
| Date of Previous Judgment: 02/08/2007 ) | DAVID M. PORTER, AFD |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❒  the Director of the Bureau of Prisons   ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   135   months **is reduced to**   108  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   31         Amended Offense Level:   29
Criminal History Category:   III       Criminal History Category:   III
Previous Guideline Range:   135  to  168  months    Amended Guideline Range:   108  to  135  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   02/08/2007   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   08/05/2008                             /s/ John A. Mendez
                                                       Judge's signature

Effective Date:  _____                       JOHN A. MENDEZ
         (if different from order date)                Printed name and title