# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RUDOLF GIBSON | ) | Case No: 2:05cr00270 02   **(CORRECTED)** |
|  | ) | USM No: 15874-097 |
| Date of Previous Judgment: 02/08/2007 | ) | DAVID M. PORTER, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __108 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
|---|---|---|---|
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __02/08/2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  08/01/2008                                                          /s/ John A. Mendez
                                                                                              Judge's signature

Effective Date:  _____                                         JOHN A. MENDEZ
                 (if different from order date)                                  Printed name and title