DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RUDOLF GIBSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 05-270 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATED MOTION and ORDER TO** |
| | ) | **REDUCE SENTENCE PURSUANT TO 18** |
| v. | ) | **U.S.C. § 3582(c)(2)** |
| | ) | |
| RUDOLF GIBSON, | ) | **RETROACTIVE CRACK COCAINE** |
| | ) | **REDUCTION CASE** |
| Defendant. | ) | |
| | ) | Judge:  Hon. JOHN A. MENDEZ |
| _____ | ) | |

Defendant, RUDOLF GIBSON, by and through his attorney, Assistant

Federal Defender David M. Porter, and plaintiff, UNITED STATES OF

AMERICA, by and through its counsel, First Assistant U.S. Attorney

Phillip A. Talbert, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

term of imprisonment in the case of a defendant who has been sentenced

to a term of imprisonment based on a sentencing range that has

subsequently been lowered by the Sentencing Commission pursuant to 28

U.S.C. § 994(o);

2.   On February 8, 2007, this Court sentenced Mr. Gibson to a

term of imprisonment of 135 months;

3.   On August 5, 2008, pursuant to a stipulation of the parties,

1  the Court resentenced Mr. Gibson to a term of 108 months.

2      3.   The sentencing range applicable to Mr. Gibson was

3  subsequently lowered by the United States Sentencing Commission by

4  amendment made retroactive on June 30, 2011;

5      4.   Accordingly, Mr. Gibson's adjusted offense level has been

6  reduced from 29 to 27, and a sentence at the low end of the newly

7  applicable guideline range would be 87 months;

8      5.   Mr. Gibson merits a reduction in his sentence based on the

9  factors listed in 18 U.S.C. § 3553(a), as well as considerations of

10 public safety and Mr. Gibson's positive post-sentencing conduct;

11     6.   Accordingly, the parties request the court enter the order

12 lodged herewith reducing Mr. Gibson's term of imprisonment to 87

13 months.

14 Dated:  October 25, 2011

15 Respectfully submitted,

16 BENJAMIN WAGNER                    DANIEL J. BRODERICK
   United States Attorney            Federal Defender

17

18

19   /s/ *Phillip A. Talbert*          /s/ *David M. Porter*
   PHILLIP A. TALBERT                 DAVID M. PORTER
   First Assistant U.S. Attorney      Assistant Federal Defender

20

   Attorney for Plaintiff            Attorney for Movant
21 UNITED STATES OF AMERICA           RUDOLF GIBSON

22                          **ORDER**

23     This matter came before the Court on the stipulated motion of the

24 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

25     On August 5, 2008, this Court resentenced Mr. Gibson to a term of

26 imprisonment of 108 months.  The parties agree, and the Court finds,

27 that Mr. Gibson is entitled to the benefit of the retroactive amendment

28 reducing crack cocaine penalties, which reduces the applicable offense

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE

1  level from 29 to 27.

2      IT IS HEREBY ORDERED that the term of imprisonment originally

3  imposed is reduced to 87 months;

4      IT IS FURTHER ORDERED that all other terms and provisions of the

5  original judgment remain in effect.

6      Within 72 hours of release from the custody of the Bureau of

7  Prisons, the defendant shall report in person to the probation office

8  in the district to which the defendant is released.

9  Dated: October 27, 2011

10

11                                   /s/ John A. Mendez
                                     Honorable JOHN A. MENDEZ
                                     United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
                                   -3-