AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:05-cr-00270-JAM   Document 119   Filed 11/01/11   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Easter District of California

| | |
|---|---|
| United States of America<br>v.<br>RUDOLF GIBSON<br>Date of Original Judgment: 2/8/2007<br>Date of Previous Amended Judgment: 8/1/2008<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:05CR00270 -02<br>USM No: 15874-097<br><br>DAVID M. PORTER, AFD<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108  months **is reduced to**  87 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  2/18/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/2/2011              /s/ John A. Mendez
                                                    *Judge's signature*

Effective Date: _____          JOHN A. MENDEZ
*(if different from order date)*          *Printed name and title*